**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

JOHN LE

      Plaintiff,

v.

MC CARRIER, LLC

      Defendant.

---

## NOTICE OF REMOVAL

---

**TO:** **HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Defendant, **MC CARRIER, LLC**, pursuant to 28 U.S.C. §§ 1441, *et. seq.,* and 1446(a), files this Notice of Removal to remove this action from the District Court, Clear Creek County, Colorado, to the United States District Court for the District of Colorado and, as grounds, states as follows:

## I.      <u>INTRODUCTION</u>

1.      Plaintiff filed his Complaint in Clear Creek County District Court on September 30, 2020. (**Exhibit A**, Complaint). MC Carrier, LLC was served with a copy of the Complaint on October 19, 2020 (**Exhibit G**, Return of Service).

2.      A Notice of Removal shall be filed within thirty (30) days of service of the Complaint. *See* 28 U.S.C. § 1446(b). This Notice of Removal, having been filed prior to November 18, 2020, is timely.

3.      This Court has jurisdiction over this action under 28 U.S.C. § 1332, and this action is removable under 28 U.S.C. § 1441(b), because this is a civil action between citizens of different states and the amount in controversy allegedly exceeds the sum of $75,000, exclusive of interest and costs.

4.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and papers or exhibits filed in the Clear Creek County District Court, Colorado are provided with this Notice of Removal. (*See* **Exhibit A**, Complaint; **Exhibit B**, Civil Case Cover Sheet; **Exhibit C**, Summons; **Exhibit D**, Delay Reduction and E-Filing Order; **Exhibit E**, Order for Discovery Protocol; **Exhibit F**, Order Regarding Duty to Confer; **Exhibit G**, Return of Service).

5.      Venue is proper in this district under 28 U.S.C. § 1446(a) because this district embraces the place in which the removed action is pending.

6.      Written notice of the filing of this Notice of Removal was promptly served on Plaintiff's counsel and a copy was filed promptly with the District Court Clerk for Clear Creek County, Colorado pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing of this Notice of Removal to Federal Court was filed with the clerk contemporaneously with this Notice of Removal.

## II.      DIVERSITY OF CITIZENSHIP EXISTS

9.      A federal court has subject matter jurisdiction when there is diversity of citizenship among the parties and the amount in controversy exceeds $75,000. *See McPhail v. Deere & Co.*, 529 F.3d 947, 952 (10th Cir. 2008); 28 U.S.C. § 1332(a).

10.     Plaintiff John Le is a resident of the State of Colorado (**Exhibit A** at ¶ 1).

11.     Defendant MC Carrier, LLC is a limited liability company. The company has two members, both who are domiciled in Las Vegas, Nevada. (Affidavit of Angela Lupusor**, Exhibit H attached**). Therefore, MC Carrier is a citizen of Nevada. *See Siloam Springs Hotel, LLC v. Century Sur. Co.,* 781 F.3d 1233, 1237-38 (10th Cir. 2015) ("Supreme Court precedent makes clear that in determining the citizenship of an unincorporated association for purposes of diversity, federal courts must include all the entities' members.")

12.     Accordingly, complete diversity of citizenship exists between the parties.

### III.      THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

13.      In his Civil Cover Sheet filed in the District Court, Clear Creek County, Colorado, Plaintiff certified that he is seeking a monetary judgement "for more than $100,000 . . . exclud[ing] interest, and costs. . ." (**Exhibit B**, Civil Cover Sheet). The Tenth Circuit has held that a Colorado civil cover sheet is adequate notice of the amount in controversy sought by plaintiff. *See Paros Props. LLC v. Colo. Casualty Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016).

14.     Accordingly, MC Carrier has proved by a preponderance of the evidence that removal is permissible under 28 U.S.C. § 1446 and that this Court has subject matter jurisdiction over this matter.

**WHEREFORE**, Defendant MC Carrier, LLC removes the State Court action pending as case number 2020CV30023 in the District Court, Clear Creek County, Colorado to the United States District Court for the District of Colorado.

**DATED** this 17th day of November, 2020.

Respectfully submitted,

  /s/ Billy-George Hertzke
**Billy-George Hertzke**
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: 303-320-0509
Fax: 303-320-0210
Email: bhertzke@sgrllc.com

  /s/ Jessica R. Schultz
**Jessica R. Schultz**
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: 303-320-0509
Fax: 303-320-0210
Email: jschultz@sgrllc.com
*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of November, 2020, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Clayton Skeen
clayton.skeen@coloradolaw.net


  /s/ Barbara A. Ortell
Barbara A. Ortell, Legal Secretary


01827887.DOCX